# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DARYL PITTS,

        Petitioner

        v.

PHILADELPHIA COURT OF COMMON PLEAS,

        Respondent

No. 98 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Writ of Extraordinary Relief is **DENIED**.